# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-11585
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 29, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SILTON RUSSELL GOUTREAUX, also known as "Pretty Boy",

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CR-111-2

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Silton Russell Goutreaux appeals his 188-month sentence of imprisonment for conspiracy to possess with intent to distribute methamphetamine. He argues that the district court's calculation of the amount of drugs that his offense involved rested on statements in the presentence report (PSR) that lacked sufficient indicia of reliability. However, Goutreaux fails to show that the information contained in the PSR was

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

materially untrue, inaccurate, or unreliable.  *See United States v. Harris*, 702 F.3d 226, 229–31 (5th Cir. 2012).  Goutreaux also challenges the two-level firearm enhancement in U.S.S.G. § 2D1.1(b)(1).  The district court's determination that the enhancement applies is a factual finding, which we review for clear error.  *United States v. King*, 773 F.3d 48, 52 (5th Cir. 2014).  Goutreaux fails to show that the finding was not plausible in light of the record as a whole.  *See id.*

   AFFIRMED.